# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Roberto Chaidez CDC #F-47646

        **V.**

A. Johnson, et al.

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   07cv0891-LAB(JMA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Complaint in Civil Case No. 07cv0811-LAB(PCL) is **DISMISSED** as frivolous pursuant to 28 USC 1915A(b)(1). Plaintiff's Motion to Proceed IFP [Doc. No. 2] is **DENIED** as moot.

| July 12, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                               s/V. Perez

                                                               (By) Deputy Clerk

                                                               ENTERED ON July 12, 2007